# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI TAN NGUYEN,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT A. HOREL, Warden,<br><br>    Respondent. | Case No. CV 07-00752-MMM (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    IT IS ORDERED that judgment be entered dismissing the Petition for Writ of Habeas Corpus with prejudice.

DATED: October 31, 2008

                                                        *Margaret M. Morrow*
                                                      MARGARET M. MORROW
                                                      UNITED STATES DISTRICT JUDGE